173 A.3d 157

**HALL**

v.

**JP MORGAN CHASE BANK**

**Pet. Docket No. 282, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 434, Sept.Term, 2016).

Petition for writ of certiorari dismissed

173 A.3d 157

**HORTON**

v.

**WEXFORD HEALTH SOURCES**

**Pet. Docket No. 270, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

(No. 01–C–17–045608, Circuit Court for Allegany County.) Petition for writ of certiorari denied